UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                 :
SRI ENERGY LLC,        :
                 :
           Plaintiff,       :
                 :     22-CV-10431 (JMF)
      -v-              :
                 :          **ORDER**
CLEAN ENERGY NEXUS LLC,        :
                 :
           Defendant.      :
                 :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        As stated during the teleconference held earlier today:

- Plaintiff's motion for default judgment is GRANTED as to **liability only**. The Court reserves judgment on damages.

- Plaintiff shall submit additional support related to damages by **July 5, 2023**. Defendant may respond **as to damages only within one week of any submission being filed**. As this Court has repeatedly explained, *see* ECF No. 33, a corporate entity may appear in federal court only through counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007) (per curiam). Any response by Defendant must therefore be filed by counsel admitted to practice in this Court. For avoidance of doubt: The Court will not accept or consider any submission unless it is made by counsel admitted to practice in this Court who enters a notice of appearance.

        It is ORDERED that Plaintiff serve Defendant via both email (to Mr. Altenberg) and mail a copy of this Order **within one business day**. **Within two business days**, Plaintiff must file proof of such service on the docket.

        SO ORDERED.

Dated: June 27, 2023                       _____
       New York, New York                  JESSE M. FURMAN
                                            United States District Judge